IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| 5566 FURNISHINGS, LLC, d/b/a<br>ALLIANCE CORPORATE FURNISHINGS | PLAINTIFF |
| v. | CIVIL ACTION NO. 1:20-cv-00205-SA-RP |
| SCHNEIDER NATIONAL CARRIERS, INC. | DEFENDANTS |

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on October 14, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 13th day of May, 2022.

                                                      /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE